IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DORA MCNEIL                                                                    PLAINTIFF


v.                                          No. 4:03CV00650 GH


JOSE ABISID, M.D., P.A.                                                        DEFENDANT

## **JUDGMENT**

In accordance with the separate order filed this date, judgment is hereby entered in favor of defendant.

DATED this 29th day of August, 2005.


_____
UNITED STATES DISTRICT JUDGE