IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DORA MCNEIL                                                                                          PLAINTIFF

v.                                              No. 4:03CV00650 GH

JOSE ABISID, M.D., P.A.                                                                      DEFENDANT

## ORDER

Pursuant to the mandate of the Eighth Circuit Court of Appeals filed in this Court on November 27th, this case is hereby remanded to defendant with instructions to reopen the administrative record to respond to plaintiff's claim with a detailed explanation of its calculations.

IT IS SO ORDERED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-